UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KISHA BARI,

                             Plaintiff,

          -against-

MITU, INC.,

                             Defendant.

----------------------------------------------------------------X

19-CV-6773 (JPO) (KHP)

**ORDER ADJOURNING**
**SETTLEMENT CONFERNCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on December 13, 2019 (doc. No 15) the Settlement Conference previously scheduled for **December 17, 2019** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:     New York, New York
                December 16, 2019

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge