UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KISHA BARI,

                        Plaintiff,

                -v-

MITU, INC.,

                        Defendant.

19-CV-6773 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made on or before February 28, 2020.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: December 16, 2019
        New York, New York

_____
            J. PAUL OETKEN
        United States District Judge